Shannon B. Nakabayashi (State Bar No. 215469)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Shannon.Nakabayashi@jacksonlewis.com

Isabella L. Shin (State Bar No. 294937)
JACKSON LEWIS P.C.
333 West San Carlos St., Suite 1625
San Jose, California 95110
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
E-mail:  Isabella.Shin@jacksonlewis.com

Attorneys for Defendants
AMERICAN-PARAGON PROTECTIVE
SERVICES, LLC AND AMERICAN EAGLE
PROTECTIVE SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR AGUILAR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC., AMERICAN EAGLE PROTECTIVE SERVICES CORP., and DOES 1 to 10,<br><br>Defendants. | Case No. 5:20-cv-01982-SVK<br><br>**NOTICE OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:  December 16, 2020<br>Time:  10:00 a.m.<br>Ctrm.:  6 – 4th Floor<br>Judge:  Hon. Susan van Keulen<br><br>Complaint Filed:  03/20/2020<br>Trial Date:  Not set |

TO PLAINTIFF JUNIOR AGUILAR AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 16, 2020 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 6 on the 4th floor of the above-entitled court located at 280 South 1st Street, San Jose, California, 95113, Defendants American-Paragon Protective Services, LLC and American Eagle Protective Services Corp. ("Defendants") will, and hereby do, move this Court for an order (1) compelling arbitration of Plaintiff's claims pursuant to the applicable Collective Bargaining Agreement ("CBA"); and (2) dismissing the instant action or, alternatively, staying all proceedings pending the completion of said arbitration agreement pursuant to the CBA governing Plaintiff Junior Aguilar's ("Plaintiff") employment with Defendant American-Paragon Protective Services, LLC.

Defendant's motion is made pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq.* on the grounds that the CBA which governed Plaintiff's employment requires Plaintiff to submit his claims to binding arbitration.  Accordingly, this Court should compel arbitration according to the terms of the CBA and dismiss this action.

Defendant's motion rests on (1) this Notice; (2) the attached Memorandum of Points and Authorities in Support of Defendant's Motion ("Motion"), along with attached declarations; (3) any pleadings and records already filed in this case; and (4) any additional documents or arguments that the Court may properly consider at or prior to the hearing on this Motion.

Dated:  October 16, 2020                                              JACKSON LEWIS P.C.

                                                            By:      /s/ *Shannon B. Nakabayashi*
                                                                     Shannon B. Nakabayashi
                                                                     Isabella L. Shin

                                                                     Attorneys for Defendants
                                                                     AMERICAN-PARAGON PROTECTIVE
                                                                     SERVICES, LLC and AMERICAN EAGLE
                                                                     PROTECTIVE SERVICES CORP.

4814-8705-5822, v. 1