Shannon B. Nakabayashi (State Bar No. 215469)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Shannon.Nakabayashi@jacksonlewis.com

Isabella L. Shin (State Bar No. 294937)
JACKSON LEWIS P.C.
333 West San Carlos St., Suite 1625
San Jose, California 95110
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
E-mail:  Isabella.Shin@jacksonlewis.com

Attorneys for Defendants
AMERICAN-PARAGON PROTECTIVE SERVICES, LLC., AMERICAN EAGLE PROTECTIVE SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR AGUILAR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC., AMERICAN EAGLE PROTECTIVE SERVICES CORP., and DOES 1 to 10,<br><br>Defendants. | Case No. 5:20-cv-01982-SVK<br><br>**DECLARATION OF SHANNON B. NAKABAYASHI IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:      December 16, 2020<br>Time:      10:00 a.m.<br>Ctrm.:     6 – 4th Floor<br>Judge:    Hon. Susan van Keulen<br><br>Complaint Filed:   03/20/2020<br>Trial Date:             Not set |

1

Case No. 5:20-cv-01982-SVK

NAKABAYASI DECL. ISO DEFENDANTS' MOTION TO COMPEL ARBITRATION

# DECLARATION OF SHANNON B. NAKABAYASHI

I, Shannon B. Nakabayashi, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to appear before this Court. I am an attorney with the law firm of Jackson Lewis P.C., attorneys of record in this matter for Defendants American-Paragon Protective Services, LLC and American Eagle Protective Services Corp. ("Defendants"). I have personal knowledge of the matters stated herein, and if called to testify to these matters, I could and would do so competently.

2. I met and conferred with Plaintiff's counsel as to whether Plaintiff would submit his claims to arbitration pursuant to the collective bargaining agreement at the parties' Rule 26(f) conference on June 2, 2020. Plaintiff's counsel did not agree at that time; however, Defendants also included reference to Defendants' potential motion to compel arbitration in the parties' joint case management conference statement.

3. On June 23, 2020, I attended the initial case management conference in this matter before Judge Susan van Keulen and advised the Court of Defendants' intent to file a motion to compel arbitration pursuant to the collective bargaining agreement in this matter. The Court set a hearing date for Defendants' motion to compel arbitration and ordered Defendants' to file the motion by October 16, 2020.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed October 16, 2020 in San Francisco, CA.

                                                   /s/ *Shannon B. Nakabayashi*
                                                   Shannon B. Nakabayashi

4818-7070-4334, v. 1