1  Shannon B. Nakabayashi (State Bar No. 215469)
   JACKSON LEWIS P.C.
2  50 California Street, 9th Floor
   San Francisco, California 94111-4615
3  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
4  E-mail:  Shannon.Nakabayashi@jacksonlewis.com

5  Isabella L. Shin (State Bar No. 294937)
   JACKSON LEWIS P.C.
6  333 West San Carlos St., Suite 1625
   San Jose, California 95110
7  Telephone: (408) 579-0404
   Facsimile: (408) 454-0290
8  E-mail:  Isabella.Shin@jacksonlewis.com

9  Attorneys for Defendants
   AMERICAN-PARAGON PROTECTIVE
10 SERVICES, LLC AND AMERICAN EAGLE
   PROTECTIVE SERVICES CORP.

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14

15  JUNIOR AGUILAR, on behalf of himself        Case No. 5:20-cv-01982-SVK
    and all others similarly situated,
16                                              **DECLARATION OF KATHLEEN
                   Plaintiff,                   PESCHEL IN SUPPORT OF
17                                              DEFENDANTS' MOTION TO
         v.                                     COMPEL ARBITRATION**
18
    AMERICAN-PARAGON PROTECTIVE                 Date:     December 16, 2020
19  SERVICES, LLC., AMERICAN EAGLE              Time:     10:00 a.m.
    PROTECTIVE SERVICES CORP., and              Ctrm.:    6 – 4th Floor
20  DOES 1 to 10,                               Judge:    Hon. Susan van Keulen

21                 Defendants.
                                                Complaint Filed:   03/20/2020
22                                              Trial Date:        Not set

23

24

25

26

27

28

### DECLARATION OF KATHLEEN PESCHEL

I, Kathleen Peschel, declare as follows:

1.      I am making this declaration in support of American-Paragon Protective Services, LLC and American Eagle Protective Services Corp.'s Motion to Compel Arbitration.  I have personal knowledge of the matters stated herein, and if called to testify to these matters, I could and would do so competently.

2.      My title is Director of Human Resources.  As Director of Human Resources, I have personal knowledge of and access to APPS employee personnel files, employment records, human resources information systems, and employee payroll records.  I also have knowledge of APPS's general business operations, including the operations at NASA.

3.      APPS provides facilities support and security services for government and commercial customers throughout the United States.  The Ames Research Center ("ARC") is a NASA research center located on Moffett Federal Airfield.  APPS provides protective services to ARC including, but not limited to, uniformed security operations, infrastructure security, and visitor registration/pass processing.  APPS employs security personnel to perform the various protective services at ARC and to other companies who contract to do business onsite, including Google.  NASA's work at ARC encompasses spaceflight and information technology.  ARC also develops tools for a safer, more efficient national airspace.

4.      Plaintiff Junior Aguilar was employed by APPS as a Security Police Officer to perform security services at the NASA Ames Research Center from April 29, 2019 through January 29, 2020.  Mr. Aguilar quit his employment on or about January 29, 2020 to work for the U.S. Customs and Immigration Service.  The terms and conditions of Mr. Aguilar's employment were governed by the Collective Bargaining Agreement between APPS and the United Government Security Officers of America, International Union, and its Local 403 ("CBA").  A true and correct copy of the CBA, effective 12/2/2018-12/1/2021 is attached hereto as **Exhibit A**.

5.      Article 6 of the CBA contains a provision titled "Grievance Procedures" that governs how to resolve any disputes between the Union, the Company and/or the employee. Section 12 of the Article 6 states:

Section 6.6 through 6.11 notwithstanding, the following rules shall apply whenever an employee covered by this Agreement or the Union asserts a common law or statutory claim other than solely a claim that the Company has failed to comply with the terms of this Agreement…If the dispute has not been resolved pursuant to the procedures outlined in Section 6.1 through 6.5, the resolution of the claim shall be resolved exclusively by means of binding arbitration in accordance with the Employment Dispute Resolution Rules of JAMS, in San Jose or in such location that the arbitrator determines is more convenient for the parties. If the Employee's claim is under any civil rights law (or if otherwise required by applicable law or JAMS to make this duty to arbitrate enforceable as to any other claim), the Company shall pay the cost of the arbitration proceeding hereunder (administrative and arbitrator fees) reasonably allocable to such claims. The arbitrator shall have the authority to award preliminary and final injunctive relief. The arbitrator shall also have the authority to modify the provisions of this Agreement relating to the duty to arbitrate to the extent the arbitrator determines that such modification is necessary in order to make this duty to arbitrate enforceable.

6.     Article 3, section 2, of the CBA expressly incorporates the FLSA and explicitly states that any claims brought pursuant to the FLSA are subject to the grievance and arbitration procedure. The full text of this provision is as follows:

It is expressly agreed and understood that the dispute resolution procedures set forth in this agreement shall be the sole and exclusive forum for resolving all claims, demands or actions arising under state or federal law arising from the employment relationship between the Company and you to the fullest extent permitted by such laws. Such laws shall include, but not be limited to, the Age Discrimination in Employment Act (29 U.S.C. § 621 et seq.), Title VII of the Civil Rights Act of 1964 (42 U.S.O. §2000e et seq.), the Rehabilitation (29 U.S.C. § 793 et seq.), the Civil Rights Act of 1966 and 1971 (42 U.S.C. § 1981 & 1983), Executive Order 11246 the Americans with Disabilities Act (42 U.S.C §12101 et seq.), .the Civil Rights Act of 1991 (Pub. L 102-66), the Family and Medical Leave Act of 1993 (29 U.S.G. § 2601 et seq.), the Equal Pay Act (29 U.S.C. § 201 et seq.), and Disabled & Viet Nam Veterans Act (38 U.S.C. §4212), applicable state employment and wage and hour laws, the Fair Labor Standards Act, and any other state or federal law relating to employment discrimination or termination, statute or common law.

7.     The terms and conditions of employment for all Security Officers and Security Police Officers employed by APPS at NASA Ames Research Center are likewise governed by the same CBA terms.

///

///

///

DECL. OF KATHLEEN PESCHEL ISO DEFENDANTS' MOTION TO COMPEL ARBITRATION

1    I declare under penalty of perjury under the laws of the United States and the State of California

2    that the foregoing is true and correct.  Executed __10 | 16__ , 2020 in _Austin_ , TX.   .

3

4                                                                    _____

                                                                           Kathleen Peschel

5    4812-5835-8734, v. 1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    4                    Case No. 5:20-cv-01982-SVK

# EXHIBIT A

AGREEMENT

BETWEEN

AMERICAN -PARAGON  PROTECTIVE
SERVICES LLC

And The

UNITED GOVERNMENT SECURITY
OFFICERS of AMERICA,
INTERNATIONAL  UNION

And Its

LOCAL 403

December 2, 2018 - December 1, 2021

# PREAMBLE OF THE AGREEMENT

This Agreement is entered into as of its execution, by and between American-Paragon Protective Services LLC (APPS), its successors and assigns, hereafter referred to as the Company or the Employer and the United Government Security Officers of America (UGSOA) and its affiliated Local #403, their successors and assigns, hereafter referred to as the Union.

The Union acknowledges that the Company's operations at Ames Research Center are pursuant to a contract (or contracts) with the National Aeronautics and Space Administration (NASA) and nothing herein shall be construed to place the Company in violation of such contracts. Any ambiguity in the language in this agreement shall be construed to the fullest extent possible to make this agreement consistent with the NASA contracts and the Company's obligation to its client, the National Aeronautics and Space Administration. In the event that any provision of this agreement (including attachments and appendices here to) shall be declared to be in conflict with the government's contract, the parties agree to meet and confer over the provisions of the deviation for the purpose of making the Agreement conform to the government's contract.

## ARTICLE 1
### Recognition

Section 1    The Company recognizes the International Union, United Government Security Officers of America (UGSOA) and its Local #403 as the exclusive bargaining agent for all of the Company's Security Officers and Security Police Officers employed at the National Aeronautics and Space Administration, Ames Research Center, Moffett Field, California. Excluded from this agreement are all office clerical, secretarial employees, 911 dispatchers, Leads, supervisors, Captains, Lieutenants, Sergeants and other management personnel as defined in the NLRA, as amended.

Section 2    It is further understood that the Agreement does not cover employees employed at geographical locations other than Moffett Field and or Ames Research Center.

## ARTICLE 2
### Probationary Employees

Section 1    Newly hired employees shall be classified as probationary employees for a period of ninety (90) calendar days from when they first assume post. During their probationary period, employees may be disciplined or discharged at the discretion of the Company, without regard to the provisions of Article 6 and 8 of this Agreement.

Section 2    Newly promoted Police Officers will remain on probation until satisfactory completion of their training requirements or ninety (90) calendar days from the date of promotion, whichever occurs first. During their probationary period, newly promoted police officers may be subject to discipline or discharge at the discretion of the company, while retaining their rights to the provisions of Articles 6 and 8 of this Agreement.

Section 3    All other provisions of this Agreement are applicable to probationary employees, unless otherwise expressly provided.

**Section 4**        With good cause, the probationary period may be expanded thirty (30) calendar days, if necessary to provide additional evaluation of probationary employees. The company will inform the local union president or successor of the extension of probation.

## ARTICLE 3
## Equal Employment Opportunity

**Section 1** The parties hereto agree that there will be no discrimination against any employee or applicant for employment because of race, color, religion, sex, national origin, or membership or non-membership in any labor organization, as provided by law. The Company shall give due consideration to qualified Vietnam era veterans and to disabled individuals as provided by law. The Company agrees that it shall comply with all federal and state (where applicable) employment discrimination laws, which are incorporated herein in their entirety, and will not discriminate against any employee with regard to race, color religion, age , sex, national origin, or disability in violation of such laws.

**Section 2** It is expressly agreed and understood that the dispute resolution procedures set forth in this agreement shall be the sole and exclusive forum for resolving all claims, demands or actions arising under state or federal law arising from the employment relationship between the Company and you to the fullest extent permitted by such laws. Such laws shall include, but not be limited to, the Age Discrimination in Employment Act (29 U.S.C. § 621 et seq.), Title VII of the Civil Rights Act of 1964 (42 U.S.O. §2000e et seq.), the Rehabilitation (29 U.S.C. § 793 et seq.), the Civil Rights Act of 1966 and 1971 (42 U.S.C. § 1981 & 1983), Executive Order 11246 the Americans with Disabilities Act (42 U.S.C §12101 et seq.), the Civil Rights Act of 1991 (Pub. L 102-66), the Family and Medical Leave Act of 1993 (29 U.S.G. § 2601 et seq.), the Equal Pay Act (29 U.S.C. § 201 et seq.), and Disabled & Viet Nam Veterans Act (38 U.S.C. §4212), applicable state employment and wage and hour laws, the Fair Labor Standards Act, and any other state or federal law relating to employment discrimination or termination, statute or common law.

## ARTICLE 4
## Continuity of Operations

**Section 1 – No Strikes** Both the Company and the Union agree that continuity of operations is of utmost importance to the Company's operations. It is further understood and acknowledged that it is the intention of the parties that all claims, disputes, or grievances arising under this Agreement be resolved by resort to the grievance and arbitration procedures provided above. It is therefore agreed that, during the term of this Agreement, there shall be no cessation of work, whether by strike, walkout, lockout, sick-out, mass absenteeism, boycott, picketing, or other interference with or curtailment of production of any kind, including sympathy strikes, and that the Union will not cause or permit employees to cause, nor will any member of the Union take part in, any strikes, including a sympathy strike, slowdown, stoppage of work, planned inefficiency or any other curtailment of work or restriction or interference with the Company 's or Government's operations for any reason whatsoever. Nor will the Union authorize or sanction the same.

Upon hearing of any unauthorized strike, slowdown, stoppage of work, planned inefficiency or any curtailment of work or restriction or interference with the operation of the Company, the Union shall take affirmative action to avert or bring such activity to a prompt termination. During the term of this Agreement, a refusal by an employee or employees to cross a strike line at the employees' regular place of employment, established by any other labor organization or established by any other group, shall constitute a violation of this Article.

Any employee who violates this provision may be immediately discharged. Furthermore, it is agreed and understood that, in addition to other remedies, the provisions of this Article may be judicially enforced, including specific performance by way of injunctive relief.

Section 2 – No Lockouts  During the term of this Agreement, the Company shall not lockout any employee.

## ARTICLE S
### Government Action

Section 1  The Union agrees to cooperate with the Company in all matters required by the Government, (as presented by an agent of the Government with the authority to amend and or suspend contractual agreements and in compliance with federal and state laws and NASA regulations) and the Union recognizes that the terms and conditions of the Agreement are subject to certain priorities, which the Government may exercise. The Union agrees that any actions taken by the Company pursuant to a requirement imposed by the government shall not constitute a breach of this Agreement. Any action, which the Government directs or requires, the Company to take immediately may be taken without prior notice to or discussion with the Union. However, whenever such action affects a term or condition of employment, the Company will inform the Union of the effects of that action.

Section 2  If the contracting agency (NASA) directs that a specific employee be removed from the contract or otherwise disciplined for just cause, any such action directed may be undertaken by the Company. In the event that the contracting agency expressly directs the removal or discipline of a contract employee, the Company agrees to cooperate with the Union by providing it with all relevant information concerning the incident. The Union will be entitled to any appeal process available through the applicable procurement regulations for the Company and NASA government contract.

Section 3  The Union recognizes that the Company has certain obligations in its contract with its client pertaining to security clearances and agrees that nothing in this Agreement is intended to place the Company in violation of its security agreement with its client. Therefore, in the event any governmental agency advises the Company that an employee covered by this Agreement does not have or cannot obtain the required Security Clearance, and thus is restricted from work on, or from access to classified material, neither the employee nor the Union will contest discharge of such employees by the Company. If the employee is successful in appealing the action with the agency, the employee will be offered re-employment without back pay.

Section 4  The Union will be notified of any employment action taken pursuant to this Article and upon request will be furnished evidence in support of the action in a prompt and timely manner.

ARTICLE 6
Grievance Procedures

Section 1  In order to establish effective methods for a fair, expeditious and orderly adjustment of grievances, the parties agree that in the event any complaint or grievance arises over the interpretation or application of any provision of this Agreement, there will be an earnest effort to settle such complaint or grievance by the following procedure the last step of which will be binding arbitration. In order to maintain the integrity of the grievance process, and to alleviate the use of the grievance process from becoming an individual's platform, the Union has the responsibility for reviewing and submitting only those grievances that are considered to have validity in its good faith judgment.

The parties expressly acknowledge that the duty to use this grievance procedure, including binding arbitration, includes any and all disputes between the Union and the Employer, including grievances arising out of this Agreement. This provision is not intended to limit or prohibit the rights of any party to seek relief from other parties. Both parties agree to work wholeheartedly towards the resolution of any claim, dispute or grievance arising from this agreement through the use of the agreed upon Grievance and Arbitration procedures contained herein whenever possible.

Section 2 Step 1. An employee who once becomes aware of a situation and believes the employee had a justifiable complaint or grievance promptly shall discuss it with the employees' immediate supervisor within ten (10) calenda r days in an attempt to settle the matter. A Union representative may be present or may present the grievance on behalf of the Union or the Employee.

Section 3 Step 2. If the employee is dissatisfied with the response of the employees' immediate supervisor in Step 1, the grievance must be presented to the Company's Project Manager in writing within ten (10) calendar days of the events giving rise to the grievance. Failure to present the grievance to the Company's Project Manager will make a grievance untimely and no further action will be taken as it will be considered as an automatic withdrawal of grievance by employee and union. The Company's Project Manager may take ten (10) calendar days from the date of receipt of the grievance to respond. A Union Committeeperson may be present or may present the grievance on behalf of the Union for the Employee. F ailure of the Com pa n y 's Proj ect Manager to return a timely response to the Union Representative who submitted the grievance, after the Step 2 submission by the Union, will cause the grievance to be moved to the next step. The Union and the Company may participate in Step 1 and Step 2 by telephone, fax, or other electronic means.

Section 4 Step 3. If the matter is not resolved at Step 1 or Step 2 of the grievance procedure, the grievance, to be valid, must be presented to the Company 's Director of Labor Relat ions in writing, signed by the employee and Union representative specifying the Article(s) and Section(s) of the Agreement believed to have been violated and stating what relief is sought, no later than five (5) calendar days following the rejections at Step 2. Failure to meet the (5) calendar day requirement will be taken as an automatic withdrawal of grievance by the employee and union. The Company's Director of Labor Relations shall answer the grievance in writing within five (5) calendar days after receipt of said grievance. The failure of the Company 's Director of Labor Relations to return a timely response to the referring Union Representative who submitted the grievance at step 3 will cause the grievance to be moved to ar bitration.

**Section 5**    Grievances which have been processed in accordance with the foregoing requirements and which remain unsettled may be processed by the Union to arbitration in accordance with the following procedures and limitations. Within ten (I 0) calendar days after completion of step 3, a demand for Arbitration will be sent to the Company along with a request for a "pre-Arbitration" meeting where it will be the intent of the Union and the Company to make a final attempt at resolution of the grievance. This pre-Arbitration meeting may be conducted by conference call with the International Union (if requested by the Local) and the corporate office's Designated Representative. The Pre-Arbitration will not exceed 30 days total before moving to Sec. 6.6 below.

**Section 6**   Within ten (10) calendar days of the Parties failing to reach an agreement, the Union shall notify the Company in writing of its intent to invoke arbitration, and the Company and the Union will jointly attempt to agree upon the selection of an impartial arbitrator to hear the grievance. Should the parties fail to agree upon the selection of an arbitrator within seven calendar days, the Union will request the Federal Mediation and Conciliation Service to supply a list of seven (7) arbitrators. A copy of this request will be sent to the Company. Within seven calendar days of receipt of the list of arbitrators from the Federal Mediation and Conciliation Service, an arbitrator will be selected from a list supplied by the Federal Mediation and Conciliation Service by the parties alternately striking from the list until one name remains, and this individual will be the arbitrator to hear the grievance.

**Section 7** In the event of arbitration pursuant to Section 6.7, the parties shall execute a submission agreement. If the parties fail to agree upon a joint submission, each party shall submit a separate submission to the arbitrator. The arbitrator will confine his decision to this submission or submissions. The joint or separate submissions will state the issue or issues and the specific paragraph or paragraphs of this Agreement, which the arbitrator is to interpret or apply.

**Section 8** The decision of the arbitrator shall be submitted in writing and shall be final and binding on all parties to this Agreement. Whenever possible, the decision shall be made within thirty (30) days following the close of the hearing. Each party hereto shall bear the expense of preparing and presenting its own case. For purposes of arbitration under Section 6.7, the cost and all expenses of the arbitrator shall be borne equally by the parties. In the event a stenographic transcript of the hearing is made, the party requesting the transcript shall bear the full cost of the stenographic record unless the parties agree to the sharing of the expenses.

**Section 9** Any grievance involving discharge, layoff or other potential accumulating back pay liability shall be commenced at Step 3 of this procedure and the written grievance to be processed must be presented to the Director of Labor Rel ati ons or, in his absence to his designee, within five (5) calendar days after the occurrence of the facts giving rise to the grievance.

**Section 10**  The arbitrator cannot modify, amend, add to, detract from or alter the provisions of this Agreement nor substitute his judgment for that of management. Any grievance shall be considered null and void if not filed and processed by the Union or the employee represented by the Union, in strict accordance with the time limitations set forth above. There shall be no recognition of a continuing grievance so as to frustrate the intent of strict adherence to those time limitation. In any particular case, any time limit specification may be extended by mutual agreement between the

Company and the Union. This Section will not apply to the Step One (1), informal step, of the grievance procedure.

**Section 11**   The Employer and Union recognize that should a dispute or controversy arising from or relating to this Agreement be submitted for adjudication to any court, arbitration panel, or other third party, the preservation of the secrecy of Confidential Information may be jeopardized. All pleadings, documents, testimony, and records relating to any such adjudication will be maintained in secrecy and will be available for inspection by the Company, the Employee, and their respective attorneys and experts, who will agree, in advance and in writing, to receive and maintain all such information in secrecy, except as may be limited by them in writing. In no event will Company's client and advisor list or computer programs be subject to discovery except pursuant to an order issued by the court or arbitrator and only then under the highest confidentiality obligations being imposed on such persons receiving such lists. Should the arbitrator issue a written opinion; such opinion shall not contain Confidential Information of the Company.

**Section 12** Section 6.6 through 6.11 notwithstanding, the following rules shall apply whenever an employee covered by this Agreement or the Union asserts a common law or statutory claim other than solely a claim that the Company has failed to comply with the terms of this Agreement. When the sole claim is that the agreement has been breached, the arbitration shall be pursuant to Sections 6.6 through 6.11. If the dispute has not been resolved pursuant to the procedures outlined in Section 6.1 through 6.5, the resolution of the claim shall be resolved exclusively by means of binding arbitration in accordance with the Employment Dispute Resolution Rules of JAMS, in San Jose or in such location that the arbitrator determines is more convenient for the parties. If the Employee's claim is under any civil rights law (or if otherwise required by applicable law or JAMS to make this duty to arbitrate enforceable as to any other claim), the Company shall pay the cost of the arbitration proceeding hereunder (administrative and arbitrator fees) reasonably allocable to such claims. The arbitrator shall have the authority to award preliminary and final injunctive relief. The arbitrator shall also have the authority to modify the provisions of this Agreement relating to the duty to arbitrate to the extent the arbitrator determines that such modification is necessary in order to make this duty to arbitrate enforceable.

**Section 13** If a party brings an action to enforce this duty to arbitrate, and should that party prevail in such action, the party shall be entitled to all its attorneys' fees and cost incurred in connection with such proceedings . The arbitrator shall also award the prevailing party it's reasonable attorney's fees if any applicable statue authorizes the award of such fees. In addition, the prevailing party in any arbitration shall be entitled to all its attorneys' fees and cost incurred in connection with confirming an arbitrator's award and/or successfully defending against any challenge or appeal relating to such award. Should for any reason the obligation to arbitrate provided by this Section 6.13 be held invalid, both parties including all employees covered by this Agreement, hereby waive their respective rights to trial by jury in any dispute relating to this Agreement or the Employee's employment hereunder subject to California law, except in grievances that impinge Federal Laws and Acts. In the event either party seeks judicial review of any arbitrator's award (and in addition to any other basis for vacating an arbitration award provided by applicable statue or common law) the parties consent to the court vacating or modifying such award if, in the court's opinion, the arbitrator made a clear and substantial misstatement as to either the law or the facts affecting the ultimate outcome of the dispute. Should for any reason the obligation to arbitrate provided by this Section

6.13 be held invalid, both parties (including all employees covered by this Agreement) hereby WAIVE THEIR RESPECTIVE RIGHT TO A JURY TRIAL as to any dispute relating to this Agreement or the Employee's employment hereunder subject to California law.

## ARTICLE 7
## Management  Rights

**Section 1** Except as expressly modified or restricted by a specific provision of this Agreement, all statutory and inherent managerial rights, prerogatives, and functions are retained and vested exclusively in the Company, including, but not limited to, the rights, in accordance with its sole and exclusive judgment and discretion: to reprimand, suspend, discharge, or otherwise discipline employees for cause; to determine the number of employees to be employed; to hire employees, determine their qualifications and assign and direct their work; to promote, demote, transfer, lay off, recall to work, and rehire employees; to set the standards of productivity, the products to be produced, and/or the services to be rendered; to maintain the efficiency of operations; to determine the personnel, methods, means, and facilities by which operations are conducted; to set the starting and quitting time and the number of hours and shifts to be worked; to use independent contractors to perform work or services as permitted under Section 1.4; to subcontract, contract out, close down, or relocate the Company's operations or any part thereof in order to provide full staffing level coverage, increase security levels as needed and avoid overtime; to expand, reduce, alter, combine, transfer, assign, or cease any job, department, operation, or service; to control and regulate the use of machinery, facilities, equipment, and other property of the Company; to introduce new or improved research, production, service, distribution, and maintenance methods, materials, machinery, and equipment; to determine the number, location and operation of departments, divisions, and all other units of the Company; to issue, amend and revise policies, rules, regulations, procedures and practices; and to take whatever action is necessary or advisable to determine, manage and fulfill the mission of the Company and to direct the Company's employees.

The Company's failure to exercise any right, prerogative, or function hereby reserved to it, or the Company's exercise of any such right, prerogative, or function in a particular way, shall not be considered a waiver of the Company's right to exercise such right, prerogative, or function or preclude it from exercising the same in some other way not in conflict with the express provisions of this Agreement. This statement of management rights, which remains unimpaired by this Agreement, is not intended to exclude others, which are not mentioned herein.

**Section 2** The Company shall not implement any changes to subjects identified as mandatory subjects of bargaining pursuant to the guidance of the National Labor Relations Act and its decisions without first bargaining with the Union regarding such matters.

# ARTICLE S
## Discipline and Discharge

**Section 1** Just Cause. All employees are required to follow the policies and procedures in the Paragon Handbook, their post orders, and Government rules and policies applicable to the contract and duty location. No employee shall be discharged or disciplined without just cause, and discharge and discipline matters shall be subject to the grievance and arbitration procedures contained in this Agreement.

For the following alleged offenses, the parties agree that a proven violation shall constitute just cause for discipline up to and including discharge. For the following alleged offenses, the parties agree to limit the jurisdiction of any arbitrator hearing a grievance under this Agreement to a determination of whether or not the accused employee actually committed the offense. **If** the arbitrator finds in the Employer's favor on that question, an arbitrator shall not have the authority to reduce a discharge or otherwise modify the discipline imposed by the Company for a proven violation of any of the following:

A. Failure to appear for work without notice ("no-call no-show")

B. Neglect of Duty (including sleeping while on duty or action which causes the assessment of a penalty against the Company by the United States Government).

C. Insubordination (including, without limitation, deliberate failure to carry out assigned tasks, refusal of a direct order, abusive language directed toward a supervisor, and similar conduct).

D. Conducting personal affairs during official time without prior approval from the Employee's supervisor or Project Manager.

E. Falsification or unlawful concealment, removal, mutilation or destruction of any official documents or records, and/or concealment of material facts by willful omissions from official documents or records.

F. Fighting on Government property or while on duty. Participating in disruptive or disorderly conduct which interferes with the normal and efficient operations of the Government or Company.

G. Theft, vandalism, or criminal acts.

H. Drinking or drunkenness on the job; use or possession on the job or being impaired by unlawful drugs/stimulants or alcoholic beverages on the job, or violation of the Company's Alcohol and Drug Abuse Policy.

I. Improper use of official authority or credentials.

J. Unauthorized use of Government communications equipment or other Government property.

K. Misuse of weapon(s), violation of the Company weapons policy, or possession of private firearm or other private weapon on the job.

L. Violation of Government security procedures or regulations, including, without limitation, those set forth in the Security Guard Information Manual or SmartBook.

M. Violation of state or federal laws regarding the possession or use of a firearm.

N. Unauthorized post abandonment.

0. Failure to cooperate with Government officials, local law enforcement authorities, or the Company during an official investigation.

P. Falsification of time records.

Q.      Deliberate or negligent conduct causmg monetary damages, penalties or mvo1ce deductions to the Company.

R.      Sexual, racial or verbal harassment in violation of Company policy.

The foregoing is not intended to be the complete list of offenses for which disciplinary action may be imposed. It is expressly agreed and understood that the Company shall have the right to establish from time to time other reasonable rules of conduct and the right to discipline, up to and including the right to terminate, for violating same. The employer shall have the right to determine the level of discipline.

**Section** 2  Absenteeism.  Employees are required to report and be ready for work at their required times. It shall constitute an offense for an employee to be absent from work or late reporting to work without prior authorization. Such authorization must be an express agreement from the employee's Supervisor that the employee has been removed from the schedule and is excused from work. 'Calling off' in advance, while required, is not sufficient to excuse an absence or tardiness.

Employees shall provide as much advance notice as possible of an absence or tardiness. In no case shall notice of an absence be given less than three (3) hours in advance. Failure to provide at least three (3) hours' notice to the Program Manager/Supervisor in advance will result in skipping of a one step in the progression of discipline described below.

Each unauthorized absence or late reporting for work will result in the following disciplinary progression, unless the Company determines, in its sole discretion, that mitigating circumstances rendered the event beyond the employee's control.

With respect to the first absence or late reporting within any consecutive 12 month period, counseling shall be given.

With respect to the second absence or late reporting within any consecutive 12 month period, a verbal reprimand will be given.

With respect to the third absence or late reporting within any consecutive 12 month period, a written reprimand will be given.

With respect to the fourth absence or late reporting within any consecutive 12 month period, a one-day suspension will be given.

With respect to the fifth absence or late reporting within any consecutive 12 month period, a three-day suspension will be given.

With respect to a sixth absence or late reporting within any consecutive 12-month period, the employee will be terminated.

It is expressly agreed and understood between the parties that this is a "strict liability" absentee policy.

**Section** 3  Open Post. Notwithstanding the progression of discipline set forth in Section 13.2 above, if an employee's unexcused lateness reporting to work causes an open post, a three (3) day suspension will be given for the first (1st) offense. On the second (2nd) offense within any consecutive twelve (12) month period, a five (5) day suspension will be given. On a third (3rd) offense within a twelve (12) month consecutive period, the employee will be terminated.

It is expressly understood and agreed that this Open Post policy is to be administered in a spirit of fairness, and that the Company retains the right to waive such suspension if it is determined that the lateness reporting to work was the result of circumstances entirely beyonq the employee's control. It is further expressly understood and agreed that ordinary traffic delays and congestion, ordinary weather delays, childcare issues, and similar circumstances are part of every employee's daily commute, and it is the employee's responsibility to anticipate such delays and structure their commute accordingly.

Examples of mitigating circumstances may include: unforeseeable road closures, extreme weather events resulting in extraordinary delays, traffic accidents not the fault of the employee, unforeseeable family health emergencies, and other similar issues. Determination of mitigation shall be the sole prerogative of the Company.

**Section 4** Standards of Conduct. It is acknowledged and recognized that the Company is in the business of providing security services to the United States Government, and that the provision of these services is highly sensitive. It is therefore essential and expected by the Company and Union that all employees shall act in a highly professional, courteous manner and shall be held responsible for their duties, functions and job requirements. It is agreed and understood that the issuance of a negative inspection report by the Government shall constitute prima facie evidence of failure to meet this standard.

**Section 5** Investigatory Interviews. Subject to, and in accordance with, the National Labor Relations Act, any investigatory interview between an, employee and a Company representative which is anticipated to result in discipline shall, at the request of the employee, be conducted in the presence of an authorized Union officer or shop steward, if such officer or shop steward is reasonably available.

**Section 6** The disciplinary action will be administered within five (5) working days, once the investigation has been completed, excluding Saturday, Sunday and holidays, unless for operational reasons the five (5) working day period has to be extended, however, disciplinary action will not be withheld for an unreasonable period of time.

## ARTICLE 9
## Part Time Employees

**Section 1**     A part-time employee is defined as one who is scheduled to work less than thirty-two (32) hours within a workweek. Part-time employees will have seniority only among part time employees. Part-time employees shall be placed in the order in which they were hired unless the Company can show just cause on why the employee(s) are being bypassed. Any part-time employee who is offered a full-time position and refuses it shall be placed at the bottom of the list for the next full-time position. Any part-time employee who becomes a full-time employee shall be placed upon the seniority roster for full-time employees on the date the employee is termed a full-time employee, provided the employee has completed the probationary period set forth in Article 2, Probationary Employee. The intent of this section is to confirm the definition of part-time employee to the definition contained in the Company's various benefit plan documents.

**Section** 2 Part-time employees are entitled to receive fringe benefits to include pro-rated vacation and holiday pay pursuant to the Service Contract Act. Full-time employees after completing the probationary period, who are thereafter voluntarily placed on part-time work, will retain their full-time seniority. If the employee later returns to full-time employment, the employee will return to a position on the seniority roster to which their full-time seniority entitles them.

### ARTICLE 10
### Union Security and Authorizations for Check-off of Union Dues

**Section 1** As a condition of continued employment all employees must, on or before their 31st day of employment, either:

    a. Join the Union and remit to the Union on a monthly basis Union dues as duly established by the Union, or

    b. Remit to the Union on a monthly basis a fee that shall be a representative portion of the Unions demonstrated costs of bargaining and servicing this contract.

**Section** 2 The Company shall for the term of this Agreement, deduct Union dues and initiation fees as established by the union from each semi-monthly check of members who authorize such deduction in writing, and shall remit the same to the Treasurer of the Local Union on or before the first of the following month, provided that the Union has furnished to the Company a valid Check-Off Authorization Card in sufficient time to process the deduction. The date Check-off Authorization Cards are received by the Company will constitute notice to the Company, not when mailed . The employee will be made available to a Representative in a non-work environment to process the Check-Off Authorization Card. The Union accepts full responsibility for the authenticity of each Check-Off Card submitted by it to the Company, and any authorizations, which are incomplete or in error shall be disregarded by the Company, and shall be returned to the Union for Correction. The Union agrees that upon receipt of proper proof, it will refund to the employee any deduction erroneously or illegally withheld from an employee's earnings by the Company which has been transmitted to the Union by the company. The Union further agrees to indemnify the Company and hold it harmless against any and all claims, suits or other forms of liability, which may be made against it by any party for amounts, deducted from wages herein provided. When a Check-off Authorization Card is received by the Company on or before any given payday, deductions will commence with the frrst regular paycheck following said payday, and will continue thereafter until revoked or canceled, as provided in this Agreement. The Company will remit to the appropriate Financial Secretary Treasurer of the Union, a check, in payment of all dues collected, on or before the frrst of the following month, of the month in which such dues are collected. These remittances will be subject to normal accounting practice with respect to the adjustments necessary because of the methods involved in a the deduction procedure. The Company remittances of Union membership dues to the Union will be accompanied by a list of names of the employees for whom deductions have been made in that particular period and individual amounts deducted.

**Section** 3 Upon receipt of written notice from the Union informing that an individual is a non--compliance with the above sections, the Employer shall within forty-five (45) calendar days, place said individual on non-paid administrative leave.

12

**Section 4** The Union shall indemnify and hold the Company harmless against any claims, demands, lawsuits, or other forms of liability that may arise out of or by reason of action taken by the Company in making payroll deductions as herein provided. In the event an employee is terminated due to the above Section 10 .1, the Union agrees to indemnify the Company from any liability arising from the termination of an employee in accordance with the terms of this Article. This includes, but is not limited to any legal action, grievances, arbitration or any other proceedings instituted by an employee, arising from this Article. Any termination identified under this Article shall not be subject to the grievance and arbitration provisions of this agreement.

## ARTICLE 11
## Union Representation

**Section 1** The Union shall designate no more than one (1) Steward per shift and one ( I) alternate for Security Officers and one (1) Steward per shift and one (I) alternate for Security Police Officers to serve in the absence of the Steward. The Union shall notify the Company in writing of the selection of Stewards. When Union Representation is requested the company will make its best effort to utilize a steward from the appropriate unit.

**Section 2** Stewards and Union officers shall not interfere with the management of the Company's business or the work of any employee, but may advise the Company of any alleged violations of the Agreement. Stewards and Union officers may not interview any employee or otherwise conduct Union-related business with any employee while such employee is on duty, unless the business is directly related to a pre-disciplinary interview or a grievance meeting. Employer property, equipment and office facilities shall not be used to conduct any form of Union-related business. Employees who violate this article will be subject to disciplinary action.

**Section** 3 The Company will provide bulletin board space for the Union upon which Union representatives may post notices pertaining to business of the Union.

**Section 4** It shall be the responsibility of the Union to advise the Company in writing of all changes in the designation of Union Representatives and alternates.

**Section 5** For purposes of this section, an employee may not leave the employees post in order to perform the employee's duties as a Union officer/Steward or alternate unless adequate replacement coverage has been arranged.

**Section 6** Steward System

> a.   The Company agrees to recognize a steward system.
>
> b.   The Union agrees that the Union stewards will work at their regular jobs at all times except when they are rel ieved to attend to all the business of the Grievance procedure as outlined in this Agreement.
>
> c.   If the Employee requests, the Company will call for a steward prior to any disciplinary action taken, whether it be written or verbal. The supervisor at the request of the Employee

13

will release the steward as soon as possible. The Company will not be responsible for paying the steward for time spent in this regard.

## ARTICLE 12
## Seniority and Job Bidding

**Section 1**   Seniority under this Agreement shall commence with the date of full-time employment of the individual in the bargaining Unit herein.

**Section 2**   Seniority under this agreement shall commence with the date of full time employment of the individual in the Bargaining Unit at the geographical location known as Ames Research Center and or Moffett Field, CA in one of the two following job classifications: Security Officer or Police Officer. When an employee moves from one job classification to another, it shall be considered a new position and therefore, will use the date of change as their new seniority date. The employee's original hire date will be retained for government benefits. The new seniority date will be for shift bids only.

Should the employee return to their prior job classification by the end of their new 90 day probation period, the employee will retain their original seniority date.

**Section 3** When a permanent vacancy occurs on a shift, the shift will be posted on the bulletin board for a period not less than 72 hours before the position is permanently assigned. If more than one employee request is on file, preference will be given to employees with the greatest seniority. Once an employee accepts such a change, he or she will not be eligible to submit a request for one year. An employee temporarily transferred to another shift at the Company's request will be returned to the shift from which he or she was transferred within sixty (60) days, unless he agrees to remain on the new shift or unless operational necessity requires an extension of the time.

**Section 4** A new shift bid will be conducted annually in December. The results of the bid will determine the shift assignments and days off for the following twelve (12) months beginning in January. The shift bid will be conducted in such fashion as to ensure the assignments are consistent with the employee's choice by seniority and meet the operational requirements of the company as outlined in its contract with the Government and the terms of this Agreement.

**Section 5** An employee from the bargaining unit promoted to a supervisory position over employees in the bargaining unit shall retain the seniority the employee had as of the date of the employee's promotion to a supervisory position for a period of ninety-one (91) days, but will not accumulate seniority while acting in a supervisory capacity. If the employee is later returned to the bargaining unit after six (6) months, the employee will lose all seniority and be placed on the bottom of the seniority list. This procedure is limited to one (1) time per union member per year unless otherwise agreed upon by the Company and Union.

**Section 6** Employees laid off as a result of a reduction in force shall have callback rights. The Union shall keep all seniority records for callback purposes. The company will provide the union with two copies of a list showing union seniority each month. The union will inform the company of the employees to be recalled. The company will inform the union of any employees laid off. In case

of recall, employees who have been laid-off as a result of a reduction in force shall be notified, at their last-known address, in order of the last person laid off and so on until all employees have been recalled. The notice shall be by registered mail return receipt. In the event a former employee so notified and receives notice, fails to report for work within five (5) business days after receipt of such notice, the employee's seniority and employment shall be terminated. However, if the employee is prevented from reporting because of sickness or emergency involving himself or immediate family, or other legitimate reason, and so notifies the Company within the initial five business (5) day period, and presents documented proof, the employee, at the discretion of the Company, shall be allowed an additional ten business (10) days in which to return to work. If the employee is unable to return at this time, the employee will be given an opportunity to return at the next opening. It will be the responsibility of the laid-off employee to keep the Company notified of any address changes.

Section 7 An employee who is on an approved leave of absence (such as FMLA, Worker's Compensation, or USERRA) shall continue to accumulate seniority during the course of the leave. However, nothing in this section shall entitle any employee to holiday pay, vacation pay, personal or sick leave, or other wages or fringe benefits during such leave.

Section 8 The Company agrees to prepare a seniority list covering employees covered by this Agreement, a copy of which will be furnished to the Union each month and posted on the bulletin board.

Section 9_____Employees shall lose their seniority for any of the following reasons:

    a. Resignation
    b. Discharge for just cause
    c. Laid off, off sick, off injured, or has an illness or injury compensable under Workmen's Compensation, for a continuous period of one (1) year or more.
    d. Exceeding a leave of absence by two (2) days
    e. Giving a false reason for obtaining a leave of absence
    f. Accepting employment while on leave of absence unless agreed to by the Company

Section 10 For purpose of layoff and recall, seniority of employees hired on the same day shall be determined by the lowest of the last four digits of their social security numbers to be the most senior employee.

## ARTICLE 13
### Workweek

Section 1 Purpose of this Article. The sole purpose of this Article is to provide a basis for the computation of straight time, overtime and fringe benefits, and nothing contained in this Article or this Agreement shall be construed as a guarantee or commitment by the Company to any employee of a minimum or maximum number of hours of work per day, per week or per year. It is expressly agreed and understood by the Parties that such scheduling and personnel needs shall be the sole prerogative of the Company.

**Section** 2     Workweek. The Company's workweek shall consist of seven (7) days, beginning on Friday at 12:00 a.m. and ending the following Thursday at 11:59 p.m.

**Section** 3     Workday, A workday shall be defined as from 0000 hours until 2359 hours.

**Section 4** Overtime Work. Employees may be required to work reasonable overtime assignments at the discretion of the Company. An employee not excused by the Company from performing assigned overtime, and who refuses to work overtime, will be subject to appropriate discipline. In accordance the terms of this Agreement, opportunity to work overtime shall be provided consistent with the Company's needs and circumstances and must be authorized in advance by the Company

**Section 5** Overtime Work. Hours worked in excess of eight (8) hours per day or forty (40) hours during a work week will be paid at overtime as discussed in Article 14.

**Section 6** Officers will sign-in at their scheduled start time and sign-out when they are properly relieved. If an officer is instructed to document an erroneous arrival or departure time then that officer must immediately contact Management without fear of reprisal.

**Section** 7     The Company shall have the exclusive right to establish new shifts in addition to the shifts in effect at the time this Agreement was executed. Any change of shift hours will be discussed with the Union prior to implementation; however the Company will have final authority in establishing shifts. The Company will make an effort to maintain a minimum of 50% of the available shifts at 40 hours per week while not conceding any Management Rights.

**Section 8**     Posts and hours are contingent upon the contractual agreement between the Company and the Government. Any changes of shift hours will be discussed with the Union prior to implementation; however, the Company will have final authority in establishing shifts.

**Section 9** The Company will give notice of employee's regular  scheduled  days  off. When  an employee has two days or more scheduled off in the workweek, such days off will be scheduled consecutively, whenever practicable.

**Section 10**   Nothing in this Agreement shall be construed as a guarantee of any number of hours of work per day or days per week and nothing in this agreement shall be construed as a limitation upon the Company's right to schedule hours in excess of, or less than those in the normal work week. However; the company will not change an employee's regular scheduled hours later in the week if the employee is called in to cover overtime.

**Section 11**   The Company shall temporarily fill all Union replaceable positions that are open on any given day due to personal leave, vacation, bereavement, or any other reason with bargaining unit employees.

**Section 12** In the event of an assigned shift change which alters an employee's anticipated shift conditions, the Company will attempt to contact the employee prior to reporting to work advising them of the change and the reason the change was made.

**Section 13** A schedule for the current and following pay period shall be posted and available for employees to review.

**Section 14** If a change is required to an employee's regularly bided shift or posted schedule the employee will be notified by the Company via posted schedule change and notification to the effected employee via **text mes.sage when applicable.**

**Section 15** If an employee is held over on shift they may request to be rotated to a different post with the agreement of the other employee and shift supervisor approval provided this change does not impact current operations or mission requirements.

**Section 16** Employees may exchange hours only if there has been written approval from a supervisor and the exchange does not cause overtime for any employee affected by the exchange.

## ARTICLE 14
### Overtime Compensation

**Section 1** No overtime work shall be required or permitted except by the direction of the proper supervisory personnel of the Company, except in cases of emergency where prior authority cannot be obtained. Once an employee turns in their equipment and signs out, the Company has no right to force them to stay, except in government declared emergencies, subject to Section 14.2 below.

Section 2 Based on the obligations in the Government's contract, the Company shall have the right to holdover employees until relieved and/or to require an available employee to provide coverage of the post. Management will determine from on duty officers, in the same job classification, those needed for hold-over duties. Management will determine from officers in the same job classification those required for hold-over from highest to lowest seniority. If no on-duty volunteers come forward to work the hold-over shift, the shift will be filled with the least senior officer available who will be required to stay over; unless the employee should require the need for leave with good cause shown, in which event management may have discretion to fill the post using management personnel or other classifications. It is the intent that management will call in coverage for the posts with the bargaining unit employees during this period of time. Whenever practical the Company will attempt to provide two (2) hours' notice to employees on duty that will be required to work overtime. It is understood that in short notice situation or extra work situations where the notice dictated by short notice and availability of personnel that employees on the specific post (duty location) may be offered the right of refusal until an employee with seniority can be contacted and subsequently accepts the extra work.

**Section** 3 Overtime pay will be paid at one and one half (1.5) times the employee's base hourly straight time rate for all hours worked in excess of eight (8) hours per day or forty (40) hours in the defined workweek.

**Section 4** If the employer calls an employee in to work, and the Employer later determines there is insufficient work the employee shall be entitled to four (4) hours of work or pay. This guarantee shall have no force and effect if events beyond the control of the employer (acts of God, equipment or power failure, storm, fire, etc.) intervene.

**Section 5** The Company shall make every reasonable effort to distribute overtime as evenly as possible during the term of this agreement among employees regularly assigned to the particular local area by seniority. Seniority shall be used in the assignment of overtime (on a rotating schedule) except in situations dictated by availability of personnel and amount of notice given for overtime.

When the Company has at least seventy-two (72) hours of prior notice that overtime will be required, the Company will post the overtime opportunity for employees to volunteer. Volunteers may sign up for the overtime opportunity up to forty-eight (48) hours prior to the beginning of the OT shift. Selection will be made by seniority no later than forty-eight (48) hours before the overtime opportunity begins. Once an employee is awarded such an OT opportunity, he will drop to the bottom of the seniority list for voluntary OT purposes only. If no employee volunteers, the Company will assign an employee by reverse seniority. In the event the Company is unable to obtain coverage despite its best efforts, a Supervisor may fill the post in order to avoid a gap.

If requested to work overtime (i.e. over forty (40) hours in a work week or extra hours), and the seniority system is not invoked due to shortness of notice, the Employee who is subject of the request shall be required to work the overtime. In the event an employee is held over due to shortness of notice earlier in the workweek, so that the holdover time is not in an overtime status, the affected employee's regular work schedule will not be adjusted later in the workweek to prevent him from going into overtime status as a result of the holdover.

Nothing in this section or this Agreement shall be interpreted to require the Employer to incur overtime, when such additional work hours can be covered by employees in a non-overtime status. The purpose of this section is to govern the assignment of overtime hours when such overtime is not avoidable by the Employer.

**Section 6** Non-bargaining unit employees, including supervisory employees, shall not perform bargaining unit work except in the case of verifiable emergencies or for training employees.

### ARTICLE 15
### General Wage Provisions

All employees shall receive not less than the minimum wage rates as set forth in the scheduled job titles and wage rates reflected in Appendix B attached to this agreement.

### ARTICLE 16
### Holidays

**Section 1**     All full-time employees will be paid their regular straight time hourly rate for eight (8) hours for each of the following holidays on which they are not required to work:

18

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King, Jr. Birthday | Columbus Day |
| President's Day | Veterans Day |
| Good Friday | Thanksgiving Day |
| Memorial Day | Christmas Day |
| Independence Day | |

And any other day designated by Federal Statue, Executive Order or Presidential Proclamation that specifically includes government contracted employees.

**Section 2** When any of the above falls on a Saturday or Sunday the holidays will be observed on the same day that the government observes it.

**Section 3** In order to be paid for holiday pay a full time employee must have been employed 31 calendar days and must work the last scheduled workday preceding and the first scheduled workday following the holiday.

**Section 4** **An eligible part-time employee who is not required to work on a holiday shall be paid a proration of the full-time holiday benefit based upon his or her average weekly hours paid during the previous two (2) weeks. An eligible part-time Employee, assigned to work on a holiday, will receive his or her straight-time wage for all hours worked plus the full-time holiday benefit of eight (8) hours. Holiday pay that is prorated under this Article shall be rounded up or down to the nearest hour.**

**Section 5** An employee eligible to receive holiday pay that is scheduled to work on a holiday and who after being assigned, refuses or fails to report to work without reasonable cause, shall not receive holiday pay and shall be subject to such disciplinary action as is appropriate under the circumstances.

**Section 6** If a holiday falls on an employee's vacation , then the employee shall receive, depending upon business conditions either holiday pay, or in lieu thereof, the holiday will be added to the employee's vacation period so as to allow the employee an additional day of vacation. The Company shall advise the employee in advance of their decision.

**Section 7** Holiday pay shall not be used for the purpose of computing overtime.

**Section 8** The following provisions shall govern the assignment of employees working a holiday whether it is celebrated or actual holiday. The Company shall determine the number of employees by shift, by seniority required to work in order to meet operational requirements.

**Section 9** An employee who is on layoff, personal leave, or who is on a leave of absence shall not be eligible to receive holiday pay.

# ARTICLE  17
## Vacations

**Section 1   Eligibility.** All employees will earn vacation time up to the maximum amounts set forth below.

- Upon completion of one (1) year of service:        80 hours
- Upon completion of five (5) years of service:       120 hours
- Upon completion of ten (10) years of service:       160 hours
- Upon completion of fifteen (15) years of service:  200 hours

Employees shall be eligible for earned vacation upon the completion of one (1) year of continuous employment (not to include pre-assignment training) and each subsequent anniversary to the date of hire with the Company or predecessor to the Contract between the Company and the Government. Vacation shall not vest and employees shall not be entitled to vacation under the above schedule until the employee has completed each twelve (12) months of employment. If an employee separates from employment for any reason with less than one year and one day of employment with the Company or its predecessor shall not be entitled to any vacation pay. Vested and unused vacation time will be paid out by a separate check within thirty (30) days after the employee's anniversary date.

**Section 2** Accrual. Vacation time for all employees is earned based on the employee's hours worked. The amount earned is calculated by the number of hours worked in the previous year, divided by 1664, and then multiplied by the maximum vacation hours for that employee's years of service. No employee may earn more than the maximum for that employee's years of service.

**Section** 3   Rate of Pay. Employees shall be compensated for vacation at the straight-time rate of pay **when taken.**

**Section 4**      Vacation Scheduling. Vacation leave shall be taken at such times mutually convenient to the employee and to the Company; provided, however, the Company shall retain the final right to approve, deny, schedule and cancel all vacations in accordance with the terms of this Agreement. If the company cancels an employee's vacation, the Company will reimburse the employee for any documented expenses incurred by the employee.

**Section 5** Vacation preference will be given weight by the submittal date of each request and for each job classification. If there is more than one vacation request submitted on the same date, for the same timeframe, preference will be given to the most senior employee in each job classification.

**Section 6** Vacation requests must be submitted to their immediate supervisor, ten (l0) calendar days before time off begins. The Company recognizes that under certain circumstances employees won't be able to give supervisors' ten (10) calendar days' notice for time off requests. In these cases, managers will consider an employee's request for time off; however, the chances of the employee's request being granted may be reduced. Requests received less than the ten (10) calendar days cannot be denied on the sole basis of receiving the request less than the specific time. For emergency time off requests, these issues shall be handled as the need arises.

**Section** 7      Employees shall be notified of vacation request determinations by receiving notification in writing within  five  (5)  working  days stating approved  or disapproved.  If a request  is disapproved, no other requests for that time shall  be approved without first offering  that time to the first requestor. Under emergency  conditions declared  by governmental  agency,  when  more than  one  employee   is scheduled off for vacation, the Company shal l have the option to cancel all other vacations other than the first  granted  request  for  each  workweek. Only  the  first  requestor will  be approved  pending availability.

Once  the  employee  has  been  given  approved  day off, the  Com pany  m ust receive  the  employee's cancellation request within three  (3) calendar days prior to the approved  time off or the employee must take the days off originally  requested .

**Section 8**       Once approved, the Company will make every reasonable effort available to honor approvals.

**Section 9** Once per calendar year each employee  may cash-out any/all  but not less than  20 hours of their accrued leave providing they maintain a min i mum balance of 40 hours. In cases of extenuating circumstances  the employer will consider additional cash outs on a case by case basis, providing they maintain  a minimum  balance  of 40 hours.

<h2 style="text-align:center">ARTICLE  18<br>Leaves of Absence</h2>

**Section  1** Upon written request, a leave of absence without pay  for a period  not to exceed fifteen (15) days in any calendar year shall be granted to not more than three (3) employees at a  time  to  attend Union conventions  and Conferences  or other Union business without loss of seniority rights and benefits. However,  the Company retains  the  right to limit  the number of attendees to less than three, or disapprove such leaves of absence due to emergencies or as client/contract operations demand. The Company will  reply  to  any  such  approved  or disapproved request for leave of absence or vacation within 10 calendar days, also in writing. Employees  whose pay is insufficient to cover deductions will  re-pay the  Company  for  any deficit  to  cover  the  premiums  for benefit  coverage during the period  of  leave  under  this section.

**Section 2** The  Company  will  grant Union leaves of absence without  pay to employees upon written request of the  International Union or the Local  Union, with at least 10 calendar days' notice, for one employee from the  bargaining  unit, not to exceed one (1) year without the loss of seniority  rights  or  the  right to  continue  then  existing benefits  by  the  employees  own payment. The Employer may hire an employee for coverage during this  period of time  without concern  for maintaining  a vacancy.

**Section** 3  An employee who is a member of the Federal Military reserve or National Guard will be granted a leave of absence without pay when ordered to active duty for deployment or annual training, according to all Federal and State rules, laws and regulations. The re-employment and seniority status of any employees shall be governed by the Provisions the Uniformed Services Employment and Reemployment Rights Act (USERRA).

**Section 4**    The re-employment and seniority status of any employees hereunder who, while in the active service of the Company, enter the armed services or, during wartime enter the Merchant Marine of the United States, shall be governed by the Provisions the Uniformed Services Employment and Reemployment Rights Act (USERRA).

**Section 5**  The provisions of the Family and Medical Leave Act (FMLA).and the California Family Rights Act (CFRA) will be complied with by the Union and Company. Company policy and procedures will be followed to comply with the provisions of the FMLA and CFRA.

**Section 6**    An employee shall be deemed to have voluntarily quit employment with the company if:

    a. The employee fails to report to work within two (2) days after expiration of leave of absence without a telephone call or other explanation.
    b. An employee who takes medical leave fails to notify the Company that the employee is able to return to work within two days after the employees is medically able to return to work.
    c. The employee fails to report for work for two (2) consecutive days without telephoning or otherwise notifying the Company, except where failure to do so is the result of verifiable emergency circumstance.

**ARTICLE 19**
**Drug and Alcohol Policy**

**Section 1**  The parties recognize that, in the security business, the use of controlled/uncontrolled substances, which cause intoxication or impairment on-the-job or alcohol, poses risks to the company, the affected employee and the employee's co-workers and the public. An employee cannot perform the employee's work adequately if they are under the influence of illegal drugs or alcohol and an employee under the influence of drugs or alcohol also presents a danger to the employee and to others. Unlawful use of drugs and the abuse of alcohol when not on duty raise serious questions concerning the competency to perform security work and are grounds for revocation of the employees firearms permit. It is APPS' s policy to maintain a drug-free and alcohol free workplace.

Accordingly, the unlawful use, possession, sale or transfer of illegal drugs or mind-altering substances is strictly prohibited, as in the consumption of any alcoholic beverage while on duty. Reporting for work or being under the influence of alcohol, illegal drugs or any mind-altering substance is strictly prohibited. For the purpose of this policy, the workplace includes all Company and client facilities and property, vehicles used in the course of work, and any location at which an employee is performing work for the Company.

Section 2 Any employee using prescription medications or other medications that may affect or impair coordination orjudgment must notify their supervisor before reporting to work and provide a doctor's statement that the employee is fit to perform the duties of thejob.

Section 3     Compliance with the Customers and the Company's Alcohol and Drug Abuse Policy is a condition of continued employment. Violation of this policy subjects an employee to immediate termination pursuant to Article 8, Section 8.1.

Section 4 In accordance with NPR 1600.l Chapter 7.9 Control and Issuance of Arms, Ammunition, & Explosives (AA&E) there is to be no use of intoxicants (e.g. illegal drugs, alcohol) during duty and prior to 12 hours of reporting to duty. All employees will participate in the Company's Alcohol and Drug Testing program. Testing may occur prior to employment, at random, where there is reasonable suspicion of alcohol or drug use, when a work-related incident/accident occurs, or on a random basis. A "positive" test result will be grounds for severe discipline, up to and including termination. Refusal to submit to testing will be considered equivalent to a "positive" test result and will also be grounds for termination.

> a. A "drug" is any controlled substance listed on Schedules 1-V of 21 CFR, Section 308.

> b. A "positive" test result means, with respect to alcohol testing, that a test: (i) of a blood specimen provided by the employee measured in ethyl alcohol concentration in such specimen of .005% or more; (ii) of blood specimen provided by the employee measured in ethyl alcohol concentration in such specimen of less than 005%, if it can be determined from the test(s) performed on that specimen and in accordance with acceptable medical standards that the ethyl alcohol concentration was .005% or more during a restricted period.

Section 5       Testing methodology for b1ood or urine specimens and laboratory certification will be as follows:

> a. Testing of specimens shall be in conformity with the requirements of the California Drug Testing Law.

> b. Any specimen collected pursuant to this Article will be tested by a laboratory certified in conformity with the California Drug Testing Law.

Section 6      Employees convicted of violating a criminal drug statue, whether the violation occurred on or off duty, are subject to termination. Pursuant to the federal Drug Free Workplace Act, employees are required to notify the Company immediately, and in no event more than five calendar days, after a conviction for a violation of any criminal drug statue, which occurred in the workplace .

## ARTICLE 20
## Bereavement Leaves

In the event of a death in the immediate family of an employee, the employee will be granted three (3) workdays' with an additional two (2) days unpaid if the employee must travel over 400 miles, emergency

leave with pay for the purpose of attending the funeral. The employee pursuant to the Company's standard policies may take other leave available under the Agreement. For the purpose of this Article, the immediate family shall be defined as the father, mother, sister, brother, father-in-law, mother-in-law, stepparents, foster parents, spouse, children of the employee, brother-in-law, sister-in-law, son-in-law, daughter-in-law, grandchildren and grandparents. After the granting such emergency leave, the Company may require the employee to substantiate the need for the leave. All paid bereavement leave will be considered a bona fide fringe benefit and part of the fringe contribution as per the Service Contract Act and defined in Appendix C.

## ARTICLE 21
### Personal Leave

**Section 1**   Full time employees, upon completion of probation, at the beginning of each calendar year will be entitled to fifty-six (56) hours of personal leave. Probationary employees will receive their personal leave on a prorated basis. Personal leave will not be used to compute overtime. Unused personal leave will be paid with a separate check not later than January 15th of each year. All paid personal leave will be considered a bona fide fringe benefit and part of the fringe contributions as per the Service Contract Act and defined in Appendix C.

**Section 2** Employees can request use of paid personal leave after completing a waiting period of thirty (30) calendar days from the date of hire. Paid personal leave may be used in minimum increments of four (4) hours. Eligible employees may use personal leave for an absence due to their own illness or injury or that a family member. (See Article 20 for definition of family member). Personal Leave can also be used for situations that do not involve illness or injury. Employees who request personal leave 14 days in advance will not be required to provide a reason. Personal leave requests will be evaluated and approved/denied based on manning considerations and operational requirements. Employees absent due to emergency situations within the 3 hour call in notice are authorized to use personal leave to cover the absence.

**Section** 3   An employee who will be absent due to illness or injury must provide the Company with notice of the employee's anticipated absence as soon as the need to be absent becomes known to the employee, regardless of the length of the anticipated absence and regardless of whether the employee seeks personal pay for the absence. Failure to do so will result in disciplinary action, and in the denial of personal pay.

**Section 4** An employee who is absent due to illness or injury for three (3) consecutive work days, regardless of whether the employee seeks personal pay, shall be required to provide to the Company a physician's statement supporting the employee's absence and certifying that the employee is able to return to work. If the Company questions (with good cause shown) the physician's statement submitted by the employee, the Company may require the employee to obtain a second opinion by a physician designated by the Company, at the Company's expense. The employee shall be paid two (2) hours his/her straight time wage rate to attend this physical. Where an employee fails to provide medical certification, or where medical certification does not support the employee's absence, the employee will not be entitled to personal pay, and may be subject to disciplinary action. An employee who does not provide medical certification that the employee is able to return to work, when required or reasonably requested, will not be permitted to return to work.

**Section 5** Where an employee takes leave pursuant to the Company's Family & Medical Leave Policy, the provisions of that policy will supersede any provisions of this Article, which is inconsistent with that Policy.

**Section 6** Employees in the Union may donate accrued vacation to another employee covered by this agreement who suffers a catastrophic illness or injury. Such donation may be made in accordance with the following sections.

a. Catastrophic illness or injury *is* defined as an illness or injury that requires that an employee be absent for at least (i) twenty (20) consecutive days; or (ii) twenty (20) cumulative days within the six previous months. In addition, the recipient employee must have exhausted all paid leave prior to using donated leave and not be eligible for salary continuation insurance benefits beyond the minimum benefit during the time donated leave is to be used. Donation of vacation shall be made in increments of full hours.

b. Donations shall be on a dollar-for-dollar basis. The value of the donated leave time shall be calculated at the donor's regular rate, and then converted to hours of personal leave at the recipient's regular pay rate to the nearest quarter-hour to determine the number of hours of personal leave available to recipient.

c. Donations are irrevocable. Unused hours remammg when the rec1p1ent returns to work or tenninates employment with the Employer shall be retained by the recipient.

d. An Officer involved in any on duty incident in which the officer causes serious bodily injury or death, shall be eligible for three (3) days paid administrative leave based on a recommendation of a counselor provided by the Company's Employee Assistance Program. Within the three (3) days, the Company and the officer shall meet, after which the leave may be extended at the option of the Company. At the option of the officer, a Union representative may be present.

### ARTICLE 22
### Health and Welfare

**Section 1** The specific details of this program are provided by the company are contained in Appendix C to this Agreement.

**Section 2** The Company shall provide an inoculation/immunization program to all employees for the Hepatitis "B" virus at no cost to the employee.

**Section 3** The Company will provide, at minimum, quarterly reports on the accounting of any Health and Welfare money to the employees who have this money invested in 401(k). Employees will be fully vested at the time the contribution to any plan is made on the employee's behalf.

25

## ARTICLE 23
## Uniform and Uniform Allowance

**Section  1**        The Company will **be**  responsible for all initial alterations to uniforms when they are first issued to the employee.

**Section 2** Uniforms and equipment issued by the Company are to be worn  and/or  used  by employees only in the performance of their assigned duties and in accordance with the Companies contract with its client. The wearing and/or use of Company issued uniforms and equipment in the course of any other employment or activity will be cause for discipline, up to and including termination of employment.

The Company will  provide designated equipment as required by the contract or determined to be needed by APP S management, to include uniforms and boots. The type and style of equipment is at the discretion of the Company consistent with the contract. Replacement of issued equipment for fair wear and tear will be at no cost to the employee.

**Section 3** The Company shall supply all Security Officers and Security Police  Officers with a fitted bullet Resistant Vest of Level II or higher level protection.

## ARTICLE 24
## Miscellaneous  Provisions

**Section  1** Supervisory personnel  normally will not perform the duties of bargaining unit employees but may, without prior notice, be temporarily assigned to cover unit work where deemed necessary by the Company. In no event shall such temporary assignment exceed seven days. Police personnel on a regular full-time SPO schedule will not be routinely required to cover the duties and assignments of Security Officers except in emergency circumstances (an open post qualifies as an emergency), then in seniority order, unless there are  volunteers. Security Officers, who had previously held the position of Police Officer, will not cover the duties and assignments of Police personnel.

**Section 2**      It is the mutual responsibility of the employee and the company to track the expiration of any permits, clearances or qualifications required by the State of California or the federal government, including, but not limited to, weapons permits, CPR/first aid training and suitability clearance.

**Section 3** The Company  agrees to pay employees called for jury  duty their normal full regular pay, less any fees or sums received from the court, when an employee has met the following conditions:

a. The employee must notify the Company within seventy-two (72) hours after they receive a jury duty questionnaire or notice that they are subject to a jury duty call.
b. The employee must permit the Company to assist the employee in seeking to obtain an exemption from jury duty where appropriate .

c. The employee must provide the Company with written evidence or notice from the Court that they performed jury service and of the amount the employee was compensated for such service.

No compensation shall be paid by the Company for jury duty on Saturdays, Sundays, and Holidays unless such Saturday, Sunday or Holiday was the employee's nonnal workday or for any other day on which the employee is not normally scheduled to work. The Company shall not be required to pay an employee for more than five (5) days of jury duty.

**Section 4** The employer will reimburse the employee for repair or replacement of personal and acceptable equipment for damages resulting from physical confrontations in the performance of duty. Reimbursement will be limited the cost of the repair or replacement not to exceed a maximum of $250.00 dollars.

**Section 5** Employees served a subpoena to appear in court to testify as a result of their employment with the Company shall receive compensation at the straight time rate.

**Section 6** It is the company's policy to provide a safe and secure work place for employees. Where the Company has control over the physical work environment and can independently effect changes to that environment to improve safety it will. Employee participation is strongly encouraged and union representation at Company safety meetings is desired.

**Section** 7 Labor/Management Meetings. The Company and the Union agree to meet quarterly to share information, discuss issues, and improve communications. This meeting will be no more than two people from each party represented and will not be to discuss grievances.

## ARTICLE 25
## Training and Re-qualification

**Section 1**      The company Agrees to pay employees who are required to re-qualify with a weapon on a firing range for up to four (4) hours at the employee's normal hourly rate of pay, excluding shift differential and overtime. Employees scheduled for firearms qualification will be paid one hour their straight time wage rate as travel pay to the range. Employees will be compensated at their regular rate of pay or overtime pay as applicable.

**Section** 2      The Company shall schedule employees to be re-qualified at least one (1) month prior to the expiration of their weapons qualifications. The Company shall afford to employees the opportunity to have at least one practice session prior to any formal requalification test. All qualification and re-qualification procedures shall be conducted in accordance with NASA guidelines and procedures. Subject to NASA guidelines and procedures, the employee shall be given at least three (3) opportunities to qualify, at least one of which must be prior to the expiration of the employee's qualifications. If the employee is unable to re-qualify prior to the expiration of the employee's permit or fails to pass a range qualification test twice before such time, the employee shall be suspended without pay for a maximum of one (1) month. Such employee shall be reinstated after re-qualifying. An employee suspended pursuant to this provision shall not accrue seniority or fringe benefits.

**Section** 3 The Company agrees to provide remedial training after each failed attempt to requalify, and only up to the third attempt.

**Section 4** Where enhanced training and equipment training takes place at the Kennedy Space Center (to include any other designated training facilities outside of Moffett Field), the Company will make the hotel, air, and car reservations and pay for those directly. The employee's meal and incidental expenses will be reimbursed at actual amounts, up to a maximum of the GSA per diem rates.

## ARTICLE 26
## Separation of Contract

**Section 1** It is not the intent of the parties to this Agreement to violate any Federal, State or Local laws governing the subject matter contained herein. All parties who are signatory to the terms of this Agreement agree that if any provisions contained herein are finally held or determined to be illegal or void by a court of final and competent jurisdiction, or if the Government's contract should change substantially effecting the terms and conditions of employment under this Agreement, the parties shall promptly enter into negotiations concerning the affected clauses for the purpose of achieving conformity with the new requirements of the applicable law. It is the express intention of the parties hereto that all other provisions not declared invalid shall remain in full force and effect.

## ARTICLE 27
## Duration

**Section 1 – D**uration. This Agreement and any attachments or amendments shall be in full force and effect from the date of execution, and shall remain in full force and effect until midnight December 1, **2021,** and so on from year to year thereafter, unless, not later than sixty (60) days prior to the end of the current term and duration, either party hereto gives written notice to the other of an intent to terminate, modify, amend and/or renew the Agreement at the end of its then-current term and duration. If the parties fail to provide timely notice to amend, terminate, or otherwise renegotiate a new collective bargaining agreement, then this Agreement shall automatically renew for successive one (1) year periods. Notwithstanding the foregoing, this Agreement shall not become effective, unless it is fully executed by the parties hereto and ratified by the bargaining unit.

**Section 2 – Waiver of Bargaining Rights and Amendments to Agreement.** The parties acknowledge that, during the negotiation which resulted in the Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and all understandings and agreements reached by the parties are set forth in this Agreement. Except as specifically set forth elsewhere in this Agreement, the Company expressly waives its right to require the Union to bargain collectively, and the Union expressly waives its right to require the Company to bargain collectively, over all matters as to which the National Labor Relations Act imposes an obligation to bargain, whether or not: (a) such matters are specifically referred to in this Agreement; (b) such matters were discussed between the Company and the Union during the negotiations which resulted in this Agreement; or (c) such matters were within the contemplation or knowledge of the Company or the Union at the time this Agreement was negotiated and executed. As

28

used in this Section, the waiver of the right to "bargain collectively" includes the waiver of the right to require the other party to negotiate.

**Section** 3 **– Integration.** This Agreement contains the entire understanding, undertaking, and agreement of the Company and the Union, and finally determines all matters of collective bargaining for this term. Changes to this Agreement, whether by addition, waiver, deletion, amendment, or modification, must be reduced to writing and executed by both the Company and the Union.

## Signature of Parties

IN WITNESS WHEREOF, the Company and the Union have caused this Agreement to be signed by their duly authorized representatives.

United Government Security Officers
Of America, International Union and its
Local 403

American-Paragon Protective Services

_____

6/5/2019

'icllael BUrke            date

Dan Walker               date

_____

Kyster Porter             date

## APPENDIX A
## Covered Facilities

This Agreement covers the Company's operations with NASA Ames Research Center at all facilities designated under Contract NNA15BA92C.

The Union and the Company agree that any new posts that are ordered by NASA in the localities covered by this Agreement will be adopted and covered by this Agreement.

## APPENDIX B
## Wages and Hour Issues

<u>Section 1</u>: Base Pay

The base hourly rate of pay shall be as indicated in the table below and shall be effective.

|  | Armed Security Officer | Security Police Officer |
|---|---|---|
| Current | $30.02 / $4.45 | $47.25 / $4.45 |
| Effective 9-1-2019 | $30.47 / $4.50 | $48.43 / $4.50 |
| Effective 9-1-2020 | $31.00 / $4.58 | $49.64 / $4.58 |
| Effective 9-1-2021 | $31.39 / TBD | $50.88 / TBD |

The above Health and Welfare amounts will be distributed in the following manner:

|  | Medical Plan | 401(k) Plan |
|---|---|---|
| Effective 9-1-2019 | $4.00 | $0.50 |
| Effective 9-1-2020 | $4.00 | $0.58 |
| Effective 9-1-2021 | $4.00 | TBD |

The parties agree to confer either in person, via email, or telephonically in July 2021 to negotiate new effective Health and Welfare Rates.

Wages will be paid bi weekly. In the event that a regularly scheduled payday falls on a weekend or holiday, employees will receive pay on the last day of work before the regularly scheduled payday.

The following provisions exist regarding employees in training, field training or on the job training status.

a. Security Police Officers not fully qualified are categorized in training status and will be paid according to the rate schedule for trainees until successfully completing the NASA Federal Law Enforcement Training Academy, completing on site Field Training and Certification and successfully completing the 90 day probation period.

b. Security Officers not fully qualified are categorized in training status and will be paid according to the rate schedule for trainees until successfully completing the Security Officers Fundamental Course, completing on site Field Training and Certification, and successfully completing the 90 day probation period.

## Section 2: Shift Differential

A shift differential pay of $0.45 per hour will be paid in addition to the base rate for all hours worked on 3rd (afternoon) shift. A shift differential pay of $0.55 per hour will be paid in addition to the base rate for all hours worked on 1st (midnight) shift. An employee whose scheduled shift starts on or after 0500 hours but not before 1030 hours, shall be deemed to be working the 2nd (day) shift. An employee whose scheduled shift starts on or after 1030 hours but not before 1930 hours shall be deemed to be working the 3rd (afternoon) shift.

## Section 3: Break Periods

**A. Rest Periods**  Employees shall be permitted to take rest periods during the workday at a rate of ten (10) minutes of continuous rest time per four (4) hours of work or major fraction thereof. To the extent practicable, the ten (10) minute rest period should be taken in the middle of the four (4) hour period of work. Authorized rest periods shall be counted as hours worked and will be paid without any deduction in wages.

**B. Meal Periods**  The Parties acknowledge and agree that that, because of the nature of the specialized armed security work undertaken by employees, and because of the requirement to carry a Government-issued firearm that cannot be removed from the premises of the Ames facility, and further because of the necessity of each employee remaining on-call and available to respond, employees cannot usually be relieved of all duty in order to take an uninterrupted 30-minute meal period during a work shift. For this reason, the Parties agree that there will be no relieved 30-minute meal break, but instead, each employee will be paid for all time worked and will receive a paid, on-duty meal period to the greatest extent operationally feasible.

**C. Arbitration of all Meal Periods and Rest Period claims** -- The Parties agree that the grievance and arbitration procedure set forth in Article 17 of this Agreement shall be the exclusive forum for resolution of any disputes concerning meal or rest period issues, regardless of whether the employee's claim would otherwise be one that could be brought under a federal law, such as the Fair Labor Standards Act, or under California or local laws, statutes, Labor Code provisions, California Business and Professions Code provisions, regulations or Industrial Welfare Commission Wage Orders. This includes, for example and not by way of limitation, any claims that an employee may wish to pursue under California Labor Code Sections 226.7, 512-516 or 2699 et. seq.

31

**Section 4: Limitations on Man Hours**

No employee shall provide more than twelve and one half (12.5) hours of service in any twenty-four (24) hour period, unless the work periods are separated by a seven and a half (7.5) hour non-duty period. Exceptions to this are extreme emergencies (i.e., weather conditions that prevent the relief security officer from getting to the building, civil disturbances, natural disasters, acts of terrorism, etc.) or as directed by the client.

**Section 5: Call-in Pay**

An employee called into work and who reports for duty will be guaranteed a minimum of four (4) hours of work or pay at the regular hourly rate.

**Section 6: Trainer Premium Pay**

Each bargaining unit member in the represented classification of Field Training Officer who is assigned by management to perform in this duty shall receive an amount equivalent to a 5.0% wage increase for work specifically performed in such duty, and be certified to do such training.

The Company will not require Security Officers and Security Police Officers to provide formal training to other officers during their productive duty. Management is responsible for providing all formal training. Fixed post and mobile orientation can be provided by security and security police officers where the Company is unable to provide a Sergeant to give on-site orientation.

Should any orientation or informal training be required, the security or security police officer involved in providing the orientation will be paid a 5% premium for time spent orienting a new employee. A post will be established in the company's scheduling system for the "trainer premium pay" and differential which will be the standard rate of pay plus 5%. The hours and the rate will be printed on the payroll detail report provided to all employees each pay period.

## APPENDIX C
## Health and Welfare

For the period through the balance of APPS current contract with the government (including any extensions), APPS will make health and welfare payments to the employees pursuant to the Service Contract Act. All employees receive health and welfare benefits for each hour worked up to 40 hours. The Health and Welfare costs are calculated using an average costing method and are limited to forty hours per week and 2080 per year. The Company will ensure that all plans remain funded and will not reduce the coverage in these plans throughout the term of the agreement. The Health and Welfare amount may include but is not limited to the following bona-fide fringe benefits (not all inclusive):

- Comprehensive Major Medical
- Dental Insurance

- Term Life Insurance with AD&D
- Dependent Life Insurance
- Retirement Plan with 401(k)
- Employee Stock Option Plan
- Vision Plan
- Employee Assistance Program
- Bereavement Leave
- Personal Leave

1. Employees shall be afforded the following options with regards to the use or payment or Health and Welfare benefits.

2. All employees and their eligible dependents may elect to participate in the fringe benefit plans. The plans shall include a medical plan with a PPOIPSO option, group life insurance, dental insurance and 401(k) savings plan established by the company.

3. The health and welfare benefits provided by the Company for employees who desire to participate under this Section may be used by employees to pay premiums and/or contributions set forth in the benefit plan. Any and all health and welfare not directed by the participating employee towards a health care plan shall be directed by the Company on behalf of the employee to the 401(k) Plan established by the Company. Employees wishing to switch or discontinue participation in , or contribution to, a particular fringe benefit plan shall be permitted to do so only during "open enrollment periods" as permitted under the relevant plan documents.

4. Employees who are covered by another employer or benefit plan may opt out of the Company plan. All unused health and welfare funds will be directed to the employee's APPS 401(k) plan, with plan contributions being made monthly to the plan on behalf of the contributing employee. The employee will be fully vested at the time of each contribution.

## APPENDIX D
## California Labor Code Section 2802

**2802.** (a) An employer shall indemnify his or her employee for all necessary expenditures or losses incurred by the employee in direct consequence of the discharge of his or her duties, or of his or her obedience to the directions of the employer, even though unlawful, unless the employee, at the time of obeying the directions, believed them to be unlawful.

(b) All awards made by a court or by the Division of Labor Standards Enforcement for reimbursement of necessary expenditures under this section shall carry interest at the same rate as judgments in civil actions. Interest shall accrue from the date on which the employee incurred the necessary expenditure or loss.

(c) For purposes of this section, the term "necessary expenditures or losses" shall include all reasonable costs, including, but not limited to, attorney's fees incurred by the employee enforcing the rights granted by this section.