| | |
|---|---|
| 1 | Shannon B. Nakabayashi (State Bar No. 215469) |
| | JACKSON LEWIS P.C. |
| 2 | 50 California Street, 9th Floor |
| | San Francisco, California 94111-4615 |
| 3 | Telephone:  (415) 394-9400 |
| | Facsimile:  (415) 394-9401 |
| 4 | E-mail:  Shannon.Nakabayashi@jacksonlewis.com |
| 5 | Isabella L. Shin (State Bar No. 294937) |
| | JACKSON LEWIS P.C. |
| 6 | 333 West San Carlos St., Suite 1625 |
| | San Jose, California 95110 |
| 7 | Telephone: (408) 579-0404 |
| | Facsimile: (408) 454-0290 |
| 8 | E-mail:  Isabella.Shin@jacksonlewis.com |
| 9 | Attorneys for Defendants |
| | AMERICAN-PARAGON PROTECTIVE |
| 10 | SERVICES, LLC AND AMERICAN EAGLE |
| | PROTECTIVE SERVICES CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR AGUILAR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC., AMERICAN EAGLE PROTECTIVE SERVICES CORP., and DOES 1 to 10,<br><br>Defendants. | Case No. 5:20-cv-01982-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:          December 16, 2020<br>Time:         10:00 a.m.<br>Ctrm.:        6 – 4th Floor<br>Judge:        Hon. Susan van Keulen<br><br>Complaint Filed:    03/20/2020<br>Trial Date:             Not set |

1

Case No. 5:20-cv-01982-SVK

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION

On December 16, 2020 at 10:00 a.m., Defendants American-Paragon Protective Services, LLC and American Eagle Protective Services Corp.'s ("Defendants") Motion to Compel Arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1, *et seq.*, was heard before this Court.  Having reviewed and considered the parties' submissions and the arguments at hearing, the Court GRANTS Defendants' motion to compel arbitration and [dismisses this action with prejudice / stays this action pending arbitration pursuant to the applicable collective bargaining agreement].

IT IS SO ORDERED.

Dated: _____, 2020

                                          Honorable Susan van Keulen
                                          United States District Judge

4822-7964-9230, v. 1