UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR AGUILAR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC, et al.,<br><br>    Defendants. | Case No.  20-cv-01982-SVK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 25 |

On January 26, 2021, the Court held a hearing on the motion of Defendants American-Paragon Protective Services, LLC and American Eagle Protective Services Corp.'s ("Defendants") to compel arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1, *et seq.*  Having reviewed and considered the parties' submissions and the arguments at hearing, and for the reasons stated at the hearing, the Court finds that the legal standards set forth in *14 Penn Plaza LLC v. Pyett*, 556 U.S. 247, 274 (2009) and *Munger v. Cascade Steel Rolling Mills*¸ 2019 U.S. Dist. LEXIS 73502, at *10 (D. Or. May 1, 2019) are met.  Accordingly, the Court **GRANTS** Defendants' motion to compel arbitration and dismisses this action.

**SO ORDERED.**

Dated: January 26, 2021

SUSAN VAN KEULEN
United States Magistrate Judge