UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNIOR AGUILAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC, et al.,<br><br>Defendants. | Case No.   5:20-cv-01982-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 81 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge Van Keulen. *See* ECF No. 81.  No objections to the Report and Recommendation have been received.

The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect.  The Report and Recommendation of the United States Magistrate Judge is therefore **ACCEPTED**.

The Court **GRANTS** the Parties' joint petition to confirm the arbitration award, ECF No. 45, and in accordance with the [Proposed] Order and Judgment submitted by the Parties, ECF No. 45-5, orders as follows:

1. The Court grants final approval of the Parties' FLSA settlement agreement.
2. The FLSA Collective period is from April 1, 2019, to September 18, 2023.
3. The Court finds that a bona fide dispute exists over whether FLSA liability exists; that the terms of the proposed Settlement are fair, adequate and reasonable, and advance the purpose of the FLSA; and that the settlement complies with the opt-in requirements of 29 USC § 216(b).

4. The settlement is the product of serious, informed, and non-collusive negotiations conducted at arm's-length by the parties.

5. From the gross settlement of $175,000, there are the following payments:

    a. $7,500 service award to Plaintiff Junior Aguilar

    b. $58,275 for attorney fees to Frontier Law Center

    c. $22,000 for costs to Frontier Law Center

    d. $5,750 for settlement administration.

6. The remaining net settlement amount of $81,475 will be distributed to the members of the Collective who opt in and will be divided on the following pro rata basis:

    a. Participating Collective Security Officers will receive 1 point for each Eligible Workweek worked during the FLSA Collective Period.

    b. Participating Collective Security Police Officers will receive 1.3 points for each Eligible Workweek worked in a relevant class period.

    c. Each Eligible Workweek shall receive a single point allocation and shall not be double counted. For example, if Collective Action Members has some Eligible Workweeks as a Security Officer during the relevant class period and some Eligible Workweeks as a Security Police Officer during the relevant class period, that individual will receive point share allocations for their job position during the relevant time period only.

    d. To calculate each Collective Actions Member's proportionate share:

        i. Add all points for all Participating Collective Action Members together to obtain the "Denominator";

        ii. Divide the number of points for each Participating Collective Action Member by the Denominator to obtain each Participating Collective Actions Member "Portion of the Net Fund"; and

        iii. Multiply each Participating Collective Action Member Portion of the Net Settlement Fund by the Net Settlement Fund to determine each

Case No.: 5:20-cv-01982-EJD
ORDER ADOPTING R&R OF UNITED STATES MAGISTRATE JUDGE
2

Collective Action Member's Net Amount.

    e. For each Participating Collective Action Member, their Net Amount will be the amount of their Settlement Check (before tax withholdings).

7. The Court finds that the manner of the notice of settlement set forth in the agreement constituted the best notice practicable under the circumstances and is in full compliance with due process, and the notice fully and accurately informed the members of the collective of all material elements of the matter and the proposed settlement, and each collective action member's right to opt-into the settlement, including the procedures and deadlines for doing so.

8. Therefore, consistent with the settlement agreement, Defendants shall fund the settlement by sending the $175,000 to the settlement administrator's qualified settlement fund within 14 business days.

9. Thereafter, the settlement administrator will make disbursements to the members of the collective who opted in, to Frontier Law Center for attorney fees and costs, and to the settlement administrator itself to reimburse for expenses.

10. The Court retains jurisdiction to enforce the settlement.

The Clerk of Court is instructed to close this file.

**IT IS SO ORDERED.**

Dated: April 23, 2024

                                        EDWARD J. DAVILA
                                        United States District Judge

United States District Court
Northern District of California