UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNIOR AGUILAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN-PARAGON PROTECTIVE SERVICES, LLC, et al.,<br><br>    Defendants. | Case No.   5:20-cv-01982-EJD<br><br>**JUDGMENT** |

On April 23, 2024, the Court granted the Parties' joint petition to confirm the arbitration award. ECF No. 83. Judgment is entered in this matter. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: April 24, 2024

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-01982-EJD
JUDGMENT

1